## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ARCTIC CAT INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| SCHOLL'S 4 SEASONS MOTOR | ) | |
| SPORTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT AND
## NOTIFICATION AS TO AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Arctic Cat Inc. states as follows:

1.      Arctic Cat Inc. is a publicly-traded corporation.

2.      Suzuki Motor Corporation owns more than 10% of Arctic Cat Inc.'s stock.

3.      There are no other publicly held corporations or publicly held entities that own 10% or more of Arctic Cat Inc.'s stock.

4.      Pursuant to Local Rule 3.2, Arctic Cat Inc. states that no publicly held entity other than Suzuki Motor Corporation owns more than 5% of Arctic Cat Inc.'s stock.

Dated: June 30, 2010          By:     /s/ James E. Michel
                                      James E. Michel
                                      BARNES & THORNBURG LLP
                                      One N. Wacker Dr., Suite 4400
                                      Chicago, Illinois 60606
                                      Telephone:     (312) 357-1313
                                      Facsimile:     (312) 759-5646

                                      **Attorneys for Arctic Cat Inc.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2010, a copy of the foregoing **Corporate Disclosure Statement and Notice as to Affiliates** was filed electronically.  Notice of this filing will be sent to the following attorneys by operation of the Court's electronic filing system, and, to those parties not receiving such notice, by U.S. Mail from One Wacker Drive, Chicago, Illinois.  Parties may access this filing through the Court's system.

Marc Nelson Blumenthal
Law Office of Marc N. Blumenthal
19 South LaSalle Street, Suite 1500
Chicago, Illinois 60603

_____ /s/ James E. Michel _____